UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OSMAN MOHAMED ABDULLAHI, Petitioner, | § § § | |
| v. | § § | Civil Action No. 1:17-cv-00068 |
| CRAIG A. LOWE, Respondent. | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Dkt. No. 18) regarding Petitioner Osman Mohamed Abdullahi's pro se "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" (Dkt. No. 18). No objections were filed; the deadline for filing objections has expired.

After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that Petitioner Osman Mohamed Abdullahi's pro se "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" (Dkt. No. 18) is **DISMISSED** with prejudice. The Clerk of Court is hereby **ORDERED** to close this case.

Signed on this 27th day of September, 2017.

Rolando Olvera
United States District Judge